**RECEIVED**
November 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ __Laura Loera__
                        DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ERIK SALAIZ,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| **PREMIUM MERCHANT FUNDING ONE,** | § | **EP-22-CV-0361-DB** |
| **LLC** d/b/a **PMF** a New York Limited Liability | § | |
| Company | § | |
| **Defendants.** | § | |
| | § | |

**ORDER**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, it is this, 30th

day of __Nov.__, 2022,

**ORDERED** that Plaintiff's Motion to Dismiss with Prejudice be and is hereby

**GRANTED;**

**SO ORDERED**

_____
**United States District Judge**