**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Erik Salais
319 Valley Fair Way
El Paso, TX 79907

22cv361DB / DOC#7



9590 9402 6692 1060 9641 08

2. Article Number (Transfer from service label)

7020 1810 0001 9912 8041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Bertha Garcia
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

12/5/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6692 1060 9641 08

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
525 MAGOFFIN AVENUE, ROOM 105
EL PASO, TEXAS 79901